1
2
3
4
5

Matthew Mellen (Bar No. 233350)
MELLEN LAW FIRM
One Embarcadero Center, Fifth Floor
San Francisco, CA 94111
Telephone:     (415) 315-1653
Facsimile:     (415) 276-1902

Attorney for Plaintiff,
MIGUEL AVILA

6

7

8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MIGUEL AVILA, an individual

　　　　　Plaintiffs,

　　　v.

BANK OF AMERICA, a national association;
U.S. BANK, NATIONAL ASSOCIATION, a
business entity; OCWEN LOAN SERVICING,
LLC, a business entity; CALIBER HOME
LOANS, INC., a business entity; and Does 1
through 100, inclusive,

　　　　　Defendants.

Case No: 3:17-cv-00222-HSG

**ORDER ON PLAINTIFF'S MOTION
TO APPEAR TELEPHONICALLY AT
HEARINGS ON DEFENDANTS'
MOTIONS TO DISMISS PLAINTIFF'S
FIRST AMENDED COMPLAINT**

Complaint Filed:  December 19, 2016
Date Removed:    January 17, 2017

The Court, having read and considered Plaintiff's counsel's request for telephonic appearance at the hearing on Defendants' Motions to Dismiss Plaintiff's First Amended Complaint:

Plaintiffs' Request for a Telephonic Appearance is GRANTED.

1. Plaintiffs' counsel may appear by telephone at the hearing on Plaintiff's Defendants' Motions to Dismiss Plaintiff's First Amended Complaint, and

2. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED: April 20, 2017

Hon. Haywood S. Gilliam, Jr.
U.S. District Court Judge