LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Xiyi Fu (SBN 278274)
jackie.fu@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Attorneys for Defendants
Caliber Home Loans, Inc.; and U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust (incorrectly sued as U.S. Bank, National Association)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL AVILA, an individual<br><br>   Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, a national association; U.S. BANK, NATIONAL ASSOCIATION, a business entity; OCWEN LOAN SERVICING, LLC, a business entity; CALIBER HOME LOANS, INC., a business entity; and Does 1 through 100, inclusive,<br><br>   Defendants. | CASE NO.: 4:17-cv-00222-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**STIPULATION AND ORDER TO FURTHER EXTEND DEFENDANT'S RESPONSE DEADLINE**<br><br>Complaint Filed: December 19, 2016 |

Plaintiff Miguel Avila ("Plaintiff") and defendants Caliber Home Loans, Inc. and U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust (incorrectly sued as U.S. Bank, National Association)(collectively "Defendants"), by and through their respective counsel of record, jointly stipulate and agree as follows:

## **RECITALS**

1. On October 11, 2017, Plaintiff filed the Second Amended Complaint. Dkt. 66.

2. Defendants' deadline to respond to the Second Amended Complaint is October 27, 2017.

3. The parties are exploring a potential settlement of the litigation, and in connection therewith, stipulate to extend the deadline for Defendants to respond to the Second Amended Complaint to November 27, 2017.

5. The parties stipulate and agree that the extension request herein is not requested for purposes of delay and will not result in any prejudice to the parties or to the Court.

## **STIPULATION**

WHEREFORE, the Parties stipulate and agree:

1. The deadline for Defendants to file a response to the Second Amended Complaint is extended to November 27, 2017.

**IT IS SO STIPULATED.**

Dated: October 18, 2017                           LOCKE LORD LLP


By: */s/ Xiyi Fu*
    Regina J. McClendon
    Xiyi Fu
Attorneys for Defendants Caliber Home Loans, Inc. and U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust (incorrectly sued as U.S. Bank, National Association)

Dated: October 18, 2017                           MELLEN LAW FIRM


By: */s/ Jessica Galleta*
    Jessica Galleta
Attorneys for Plaintiff Miguel Avila

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: October 18, 2017 　　　　　　　　　　　　　　　*/s/ Xiyi Fu*_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Xiyi Fu

**Locke Lord LLP**
**44 Montgomery Street, Suite 4100**
**San Francisco, CA 94104**

**ORDER**

Good cause appearing, the deadline for defendants Caliber Home Loans, Inc. and U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust (incorrectly sued as U.S. Bank, National Association) to respond to the Second Amended Complaint of plaintiff Miguel Avila is extended to November 27, 2017.

IT IS SO ORDERED.

Dated: October 20, 2017

Haywood S. Gilliam, Jr.
United States District Judge