| | |
|---|---|
| 1 | MARK JOSEPH KENNEY (State Bar No. 87345) |
| | mjk@severson.com |
| 2 | AUSTIN B. KENNEY (State Bar No. 242277) |
| | abk@severson.com |
| 3 | SEVERSON & WERSON |
| | A Professional Corporation |
| 4 | One Embarcadero Center, Suite 2600 |
| | San Francisco, California 94111 |
| 5 | Telephone: (415) 398-3344 |
| | Facsimile: (415) 956-0439 |
| 6 | |
| 7 | Attorneys for Defendant |
| | BANK OF AMERICA, N.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MIGUEL AVILA, an individual, | Case No. 4:17-cv-00222-HSG |
| Plaintiff, | (Removed from Alameda County Superior Court Case No. RG16842979) |
| vs. | **STIPULATION AND ORDER TO FURTHER EXTEND DEFENDANT'S RESPONSE DEADLINE** |
| BANK OF AMERICA, a national association; U.S. BANK, NATIONAL ASSOCIATION, a business entity; OCWEN LOAN SERVICING, LLC, a business entity; CALIBER HOME LOANS, INC., a business entity; and Does 1 through 100, inclusive, | The Honorable Haywood S. Gilliam, Jr. |
| | Action Filed: December 19, 2016 |
| | Removal Date: January 17, 2017 |
| Defendants. | |

Plaintiff Miguel Avila ("Plaintiff") and defendants BANK OF AMERICA, N.A. ("BANA") and OCWEN LOAN SERVICING, LLC ("Ocwen"), by and through their respective counsel of record, jointly stipulate and agree as follows:

## RECITALS

1. On October 11, 2017, Plaintiff filed the Second Amended Complaint. Dkt. 66.

2. Defendants' deadline to respond to the Second Amended Complaint is October 25, 2017.

3. The deadline for defendants Caliber and US Bank by stipulated order on October 20, 2017 was extended from October 25, 2017 to November 27, 2017 by stipulated order on October 20, 2017 so that the parties could explore settlement options.

4. BANA and Ocwen may also explore settlement options with Plaintiff.

5. Plaintiff, BANA and Ocwen stipulate to extend the deadline for BANA and Ocwen to respond to the Second Amended Complaint to November 27, 2017, concurrently with the response due from defendants Caliber and US Bank, in order to preserve efficiency and judicial economy and in order to allow all parties to explore settlement options or else for Plaintiff to further amend the Complaint.

6. The parties hereto stipulate and agree that the extension request herein is not requested for purposes of delay and will not result in any prejudice to the parties or to the Court.

## STIPULATION

WHEREFORE, the Parties stipulate and agree:

1. The deadline for BANA and Ocwen to file a response to the Second Amended Complaint is extended to November 27, 2017.

**IT IS SO STIPULATED.**

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

| | | |
|---|---|---|
| DATED: October 24, 2017 | MELLEN LAW FIRM | |
| | By: | */s/ Jessica Galletta* |
| | | Jessica Galletta |
| | Attorneys for Plaintiff<br>MIGUEL AVILA | |
| DATED: October 24, 2017 | SEVERSON & WERSON<br>A Professional Corporation | |
| | By: | */s/ Austin B. Kenney* |
| | | Austin B. Kenney |
| | Attorneys for Defendant<br>Defendant BANK OF AMERICA, N.A. | |
| DATED: October 24, 2017 | BRYAN CAVE LLP | |
| | By: | */s/ Flora Sarder* |
| | | Flora Sarder |
| | Attorneys for Defendant<br>OCWEN LOAN SERVICING, LLC | |

I, Austin B. Kenney, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Jessica Galletta and Flora Sarder have concurred in this filing.
*/s/ Austin B. Kenney*

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Good cause appearing, the deadline for defendants BANK OF AMERICA, N.A. and |
| 3 | OCWEN LOAN SERVICING, LLC to respond to the Second Amended Complaint of plaintiff |
| 4 | Miguel Avila is extended to November 27, 2017. |
| 5 | **IT IS SO ORDERED.** |
| 6 | DATED: October 24, 2017 |

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge