1  MARK JOSEPH KENNEY (State Bar No. 87345)
   mjk@severson.com
2  AUSTIN B. KENNEY (State Bar No. 242277)
   abk@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439

Attorneys for Bank of America, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MIGUEL AVILA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, a national association; U.S. BANK, NATIONAL ASSOCIATION, a business entity; OCWEN LOAN SERVICING, LLC, a business entity; CALIBER HOME LOANS, INC., a business entity; and Does 1 through 100, inclusive,<br><br>Defendants. | Case No. 4:17-cv-00222-HSG<br><br>(Removed from Alameda County Superior Court Case No. RG16842979)<br><br>**ORDER GRANTING BANK OF AMERICA, N.A.'S REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date: January 18, 2018<br>Time: 2:00 p.m.<br>Dept: Courtrm 2<br><br>The Honorable Haywood S. Gilliam, Jr.<br><br>Action Filed:  December 19, 2016<br>Removal Date:  January 17, 2017 |

| | |
|---|---|
| 1 | Upon consideration of Defendant BANK OF AMERICA, N.A. ("BANA") request for the |
| 2 | Court allow counsel for the Defendant to appear by telephone at the hearing on Mellen Law |
| 3 | Firm's Motion to Withdraw as Counsel for Plaintiff currently set for January 18, 2018, at 2:00 |
| 4 | p.m. of the above-entitled Court, and for good cause shown, it is hereby, ORDERED that |
| 5 | Defendant's request is GRANTED.  Counsel shall contact CourtCall at (866) 582-6878 to make |
| 6 | arrangements for the telephonic appearance. |

DATED:  January 18, 2018

_____
Haywood S. Gilliam, Jr.
United States District Judge